FILED

SEP - 2 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § CRIMINAL NO. _____ |
| v. | § § **I N D I C T M E N T** |
| HILARIO DE LA CRUZ-MONTERO, | § § [Vio: 8 U.S.C. § 1326(a) Illegal Re-entry into § the United States] |
| Defendant. | § |

SA20CR0409 FB

THE GRAND JURY CHARGES:

**COUNT ONE**
[8 U.S.C. § 1326(a)]

That on or about June 25, 2020, in the Western District of Texas, Defendant,

HILARIO DE LA CRUZ-MONTERO,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States on or about March 18, 2019, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

**JOHN F. BASH**
**UNITED STATES ATTORNEY**

BY: _____
KELLY STEPHENSON
Assistant U.S. Attorney